# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

149149

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FELICIA R. THOMAS,
        Plaintiff-Appellant,

v

SC: 149149
COA: 318106
MCAC: 12-000133

SAM'S CLUB, INSURANCE COMPANY OF
THE STATE OF PENNSYLVANIA, and
ILLINOIS NATIONAL INSURANCE
COMPANY,
        Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the March 18, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



t0721

Clerk